UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PIERRE EMIR DERIEUX,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:21cr3064-W<br><br>**ORDER DENYING DEMAND FOR TRIAL OR DISPOSITION PURSUANT TO CAL. PENAL CODE §§ 1381 OR 1381.5** |

On October 17, 2022, the Court sentenced the Defendant to time served and two years' supervised release for transportation of aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). The supervised release conditions included the requirement that Defendant not commit another federal or state crime.

On February 24, 2023, an arrest warrant was issued based upon alleged violations of Defendant's supervised release. Defendant is currently in state custody. (Doc. 79-1.) A hearing regarding the alleged violations of his supervised release will be held in the normal course, which is after his release from state custody. Defendant's motion for an immediate disposition hearing is **DENIED**.

Dated: August 24, 2023

Hon. Thomas J. Whelan
United States District Judge